UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20CR-060 |
| Plaintiff, | : | |
| | : | JUDGE J. BARRETT |
| v. | : | |
| | : | **INDICTMENT** |
| | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(B)(vi) |
| DAVID KEMP, | : | 21 U.S.C. § 846 |
| aka Powder | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES**:

<u>COUNT ONE</u>
(Distribution and Attempt to Distribute a Controlled Substance)

On or about May 14, 2019, within the Southern District of Ohio, and elsewhere, the defendant, **DAVID KEMP aka Powder**, knowingly and intentionally distributed and attempted to distribute a mixture and substance containing an amount of fentanyl, a Schedule II controlled substance in excess of 40 grams.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 846.

<u>**FORFEITURE ALLEGATION**</u>

Upon conviction of one or more offenses set forth in Count 1 of this Indictment, the defendant, **DAVID KEMP**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

1

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

DAVID M. DeVILLERS
UNITED STATES ATTORNEY

_____
TIMOTHY D. OAKLEY
ASSISTANT UNITED STATES ATTORNEY