UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:20CR-060 |
| | : | |
| v. | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| DAVID KEMP AKA POWDER | : | |
| | : | **MOTION AND ORDER** |
| | : | **TO SEAL INDICTMENT** |
| | : | **AND ARREST WARRANT** |

The United States respectfully requests that the Court seal the Indictment and Arrest Warrants and any other pleadings in the above-numbered case. If the defendants learn of these materials before their arrests, they may attempt to flee or to destroy evidence, potentially frustrating or delaying the investigation and this prosecution.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/ *Timothy D. Oakley*
TIMOTHY D. OAKLEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, OH 45202
(513) 684-3711

IT IS **ORDERED** that the Indictment, Arrest Warrants, and any other pleadings in the above-numbered case shall now be sealed.

June 18, 2020
DATE

*Karen L. Litkovitz*
HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge