UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
DAVID KEMP
    Defendant.

Case No. 1:20-cr-00060

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # _1435_ )  Date/Time: 7/27/20 @ 1:30 PM
United States Attorney: Jennifer Weinhold
Defendant Attorney: William Welsh (Retained)  Interpreter: N/A

☐ By telephone  ☒ By videoconferencing  ☒ Deft (does)/does not consent to proceed

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present  ☐ *Superseding Indictment*  ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties  ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights  ☐ Defendant provided copy of charging document  ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant  ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ☐ FPD ☐ CJA ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☒ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____   ☐ Detention is moot - serving state sentence
Defendant Witness _____   ☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
_____ ☐ Location Monitoring ☐ GPS ☐ RF
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
_____ ☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____

AUSA Exhibits: _____   Defendant Exhibits: _____

*Arraignment on* ☒ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☒   Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered   ☐ Sentencing set for _____
☒ Case to proceed before **JUDGE BARRETT**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing   ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered   ☐ Removed to _____
☐ Probable Cause Found
☐ Defendant to voluntarily report to charging district no later than _____

Remarks: