UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    V.        Case No. 1:20cr060

David Kemp,        Judge Michael R. Barrett

    Defendant.

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Maryann Maffia, Official**
Date: November 12, 2020 Time: **Commenced** 2:53 pm **Concluded** 2:58 pm **Total** :05 mins.

United States Attorney: Tim Oakley    Defendant Attorney: Will Welsh
**Court Proceeding:** Jennifer Weinhold

✓ Counsel present.

✓ Oral Motion to Continue – Granted
   no obj by US – parties actively involved in plea negotiations

✓ Waiver of Speedy Trial form executed in open court on 1/13/2021.

_____ change of plea set

_____ motion deadline

1/13/21 @ 12:30 in person ~~telephone~~ status conference

_____ fptc

_____ jury trial

✓ Court's Order to follow.

Remarks: