UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.

Case No. 1:20cr060

David Kemp,
    Defendant.

Judge Michael R. Barrett

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**

**Courtroom Deputy:** Barbara Crum
**Court Reporter:** Maryann Maffia, Official
**Date:** February 18, 2021     **Time:** Commenced 12:34 pm   Concluded 12:38 pm   Total :04 mins.

United States Attorney: __Tim Oakley__ (by video)    Defendant Attorney: __Will Welsh__ (by phone)

**Court Proceeding:** Arraignment/Change of Plea - Dft Pleads Guilty to: Count(s) ____ of Indictment / Information
    (Count(s) _____ remain)

__✓__ Counsel present.      ____ Waiver of Indictment signed / executed in open court.

____ Deft's Counsel moves to withdraw Not Guilty Plea.    ____ Dft Pleads Guilty.

____ Deft sworn.    ____ Court questions Deft regarding his competency to enter a plea of guilty.

____ Court reviews Defendant's rights regarding: ____ Consequences of a plea ____ Restitution ____ Forfeiture
____ sentencing under the USSCG; ____ rights to trial; ____ mandatory minimum and ____ right to appeal.
(Waiver of Appellate Rights at ¶ ____ of Plea Agreement)

____ Plea Agreement summarized by AUSA _____ (filed on _____ (Doc. ___) or filed in open Court

____ Statement of Facts presented by SA _____ (filed on _____ (Doc. ___) or filed in open Court
    ____ Stipulated Statement of Facts by the Parties.
____ 2nd Opportunity for Deft to plead guilty

____ Court makes a finding of guilty and accepts plea

____ PSI ordered by Court (Sentencing set for a future date pursuant to the Court's receipt of the final PSI)

____ Issue of Bond Reviewed.

____ Current Detention/Bond Status to remain in effect or modified as follows:

__✓__ Additional comments. D appeared by video and agrees to proceed by video in future

- plea continued to 3/2/21 @ 10am; order to follow @ the D's request